1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Criminal Chief
4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5061
7    Facsimile: (408) 535-5066
     E-Mails:  nat.cousins@usdoj.gov
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA, | ) | |
13 | | ) | Nos. CR 10-00344 JF and CR 09-00586 JF |
   | | ) | [ordered related] |
14 | v. | ) | |
   | | ) | **STIPULATION TO CONTINUE STATUS HEARING FROM DECEMBER 2, 2010 TO DECEMBER 16, 2010, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT; [proposed] ORDER** |
15 | REYNALDO PEDREGON, JR., | ) | |
16 |     Defendant. | ) | |
17 | | ) | |

18     The parties agree to continue the status conference scheduled for December 2,
19 2010, at 9:00 a.m., to December 16, 2010, 9:00 a.m. or any later available date, so that
20 defendant's counsel may be present and prepared for the status conference.  The parties
21 also agree to exclude time under the Speedy Trial Act from December 2 to December 16
22 for the reasons that follow.  A proposed order follows.
23     The reason for the proposed continuance is that defendant's counsel, Assistant
24 Federal Public Defender Manuel Araujo will be unavailable to meet with his client
25 between now and approximately December 16 due to health reasons.
26     In these related cases, defendant Pedregon is charged by indictment with
27 possession with intent to distribute methamphetamine (CR 10-00344) and with violating
28 the terms of his supervised release (CR 09-00586).  There is no trial date set.

STIPULATION TO CONTINUE
Nos.  CR 10-00344 JF & CR 09-00586 JF

1  The parties agree that denying the request to exclude time under the Speedy Trial
2  Act would deny counsel for the defense the reasonable time necessary for effective
3  preparation and continuity of counsel, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(7)(B)(iv).  Furthermore, the parties agree that the ends of justice
5  served by the granting of the continuance outweigh the best interests of the public and the
6  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MELINDA HAAG
United States Attorney,
Northern District of California

Dated: November 24, 2010         /s/ Nat Cousins
                                 NATHANAEL M. COUSINS
                                 Assistant United States Attorney

**AGREED**

/s/
AFPD Manuel Araujo
Counsel for Defendant

## [proposed] ORDER

The Stipulation is GRANTED and this matter is continued from December 2 to December 16, 2010, at 9:00 a.m.  The Court further orders time excluded under the Speedy Trial Act from December 2 to 16 under 18 U.S.C. § 3161(h)(7)(B)(iv) on the basis that denying the request would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.   In addition, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: 11/30, 2010

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
Nos. CR 10-00344 JF & CR 09-00586 JF    2