MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
E-Mails:  nat.cousins@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> REYNALDO PEDREGON, JR., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Nos. CR 10-00344 JF <br> and CR 09-00586 JF <br> [ordered related] <br><br> **STIPULATION REQUESTING TO BE ADDED TO COURT'S CRIMINAL CALENDAR ON FEBRUARY 24, 2011, FOR STATUS CONFERENCE;** ~~[proposed]~~ **ORDER** |

The parties jointly request to be added to the Court's criminal calendar on February 24, 2011, at 9:00 a.m., to address the status of the case. Specifically, the parties seek to address the timing of the trial scheduled for April 1, 2011.

///

STIPULATION
Nos. CR 10-00344 JF & CR 09-00586 JF

Respectfully submitted,

MELINDA HAAG
United States Attorney,
Northern District of California

Dated: February 22, 2011

　　/s/ Nat Cousins
NATHANAEL M. COUSINS
Assistant United States Attorney

**AGREED**

/s/
AFPD Manuel Araujo
Counsel for Defendant

[~~proposed~~] **ORDER**
Nos. CR 10-00344 JF and CR 09-00586 JF

The request is GRANTED and this matter is ordered to be added to the Court's calendar on February 24, 2011, at 9:00 a.m.

Dated: 2/23, 2011

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION
Nos. CR 10-00344 JF & CR 09-00586 JF    2