1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant PEDREGON

**FILED**

APR 27 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00344 JF |
| ) | No. CR 09-00586 JF |
| Plaintiff, ) | |
| ) | APPLICATION AND [PROPOSED] |
| vs. ) | ORDER TO FILE DECLARATION |
| ) | UNDER SEAL |
| ) | |
| REYNALDO PEDREGON, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Honorable Paul S. Grewal |

**APPLICATION**

Defendant Reynaldo Pedregon, Jr., by and through his counsel, respectfully requests leave to file the Declaration of Manuel U. Araujo in Support of the Motion to Withdraw as Counsel and Exhibit **Under Seal**.

//

//

//

APPLICATION AND [PROPOSED] ORDER
TO FILE DECLARATION UNDER SEAL
CR 10-00344 JF; CR 09-00586 JF            1

1 |       This request is made on the ground that the Declaration and Exhibit contain privileged
2 | communications between Mr. Pedregon Jr. and his counsel.

4 | Dated:   April 25, 2011

                                            Respectfully submitted,

                                            BARRY J. PORTMAN
                                            Federal Public Defender

                                            _____/s/_____
                                            MANUEL U. ARAUJO
                                            Assistant Federal Public Defender

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE APPEARING, upon request of Defendant Reynaldo Pedregon Jr., it is |
| 3 | hereby ordered that the Declaration of Manuel U. Araujo in Support of the Motion to Withdraw |
| 4 | as Counsel and Exhibit be filed **Under Seal**. |
| 5 | IT IS SO ORDERED. |

Dated: April 27, 2011

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

APPLICATION AND [~~PROPOSED~~] ORDER
TO FILE DECLARATION UNDER SEAL
CR 10-00344 JF; CR 09-00586 JF                     3