UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REYNALDO PEDREGON,<br><br>　　　　Defendant-Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Respondent. | Case No. 14-CV-04679-LHK[1]<br>Case No. 09-CR-00586-LHK-1<br><br>**ORDER OVERRULING OBJECTION TO MOTION FOR EXTENSION OF TIME**<br><br>ECF No. 21 |

On April 15, 2016, the Court granted Respondent's motion for extension of time to file a response to Petitioner's 28 U.S.C. § 2255 motion. ECF No. 19. On April 27, 2016, Petitioner filed an objection to Respondent's motion for extension of time. ECF No 21. Petitioner's objection fails to comply with Civil Local Rule 6-3, which states that "a party who opposes a motion to enlarge or shorten time must file an opposition not to exceed 5 pages, accompanied by a declaration setting forth the basis for opposition, no later than 4 days after receiving the motion." Civil L.R. 6-3(b). Petitioner's objection was filed more than 4 days after Respondent's motion for extension of time, and Petitioner's objection, which is seven pages in length, exceeds the limits set

---

[1] All docket citations in this Order refer to Case No. 14-CV-04679-LHK unless otherwise noted.

1
Case No. 14-CV-04679-LHK
Case No. 09-CR-00586-LHK-1
ORDER OVERRULING OBJECTION TO MOTION FOR EXTENSION OF TIME

forth in Civil Local Rule 6-3(b).

In addition to Petitioner's failure to comply with Civil Local Rule 6-3, the Court also finds Petitioner's objection unavailing on the merits. Petitioner filed his motion on October 20, 2014. ECF No. 1. The case was originally assigned to U.S. District Judge Beth Freeman. On December 2, 2014, Judge Freeman pointed out that Petitioner had "failed to file a memorandum setting forth the facts under which he believes he is entitled to relief," and that Petitioner needed to do so before this action could move forward. ECF No. 3 at 1. Judge Freeman further stated that "[s]uch a motion must be filed with this Court no later than December 23, 2014." *Id.*

Petitioner filed an untimely 249 page memorandum on December 29, 2014. Case No. 09-CR-00586-LHK-1, ECF No. 57. On January 27, 2015, Judge Freeman directed Respondent to answer Petitioner's § 2255 motion. Case No. 09-CR-00586-LHK-1, ECF No. 58. Judge Freeman recused herself from this action on March 13, 2015, and the case was reassigned to the undersigned judge on March 19, 2015.

On March 30, 2015, Respondent filed a motion for waiver of attorney-client privilege. ECF No. 7. Petitioner failed to respond to this motion. Consequently, on May 27, 2015, the Court ordered Petitioner to file a statement of opposition or non-opposition by June 26, 2015. ECF No. 9. After learning that the Clerk's Office had failed to serve on Petitioner a copy of the Court's May 27, 2015 Order, the Court, on August 12, 2015, continued the deadline for Petitioner to respond to September 11, 2015. ECF No. 10.

On September 8, 2015, Petitioner stated that he agreed to waive his attorney-client privilege as to those issues raised in his § 2255 motion. Case No. 09-CR-00586-LHK-1, ECF No. 65. Accordingly, on October 16, 2015, the Court granted Respondent's motion for waiver of attorney-client privilege. ECF No. 13. Respondent filed a motion for clarification regarding the scope of the Court's order on January 12, 2016, and the Court issued an order responding to this waiver on January 20, 2016. ECF Nos. 15 & 16.

On March 29, 2016, after observing that neither Petitioner nor Respondent had filed

2

Case No. 14-CV-04679-LHK
Case No. 09-CR-00586-LHK-1
ORDER OVERRULING OBJECTION TO MOTION FOR EXTENSION OF TIME

1 anything in response to the Court's January 20, 2016 Order, the Court directed Respondent to
2 answer Petitioner's § 2255 motion within 30 days.  Petitioner thereafter moved for an extension of
3 time, requesting a 60-day extension because (1) Petitioner's 249 page memorandum would "take a
4 significant [amount of] time to respond to," (2) Respondent's counsel would be in a two-week jury
5 trial beginning on May 2, 2016, and (3) Respondent's counsel would take maternity leave on May
6 13, 2016.  ECF No. 19 at 2–3.  In light of these circumstances, the Court granted Respondent's
7 motion to extend time and ordered Respondent to file an answer by June 27, 2016.  A hearing on
8 Petitioner's motion is now set for September 1, 2016.

       The Court acknowledges the need to address Petitioner's motion in a timely manner, and the Court does not intend to grant any future extensions of time in this action.  However, the record does not support a finding that Respondent's actions were in bad faith or were used "to gain an unfair advantage in these proceedings."  ECF No. 21 at 1.  Accordingly, Petitioner's objection is OVERRULED.

**IT IS SO ORDERED.**

Dated:  May 6, 2016

_____
LUCY H. KOH
United States District Judge